# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For Revocation Supervised Release) |
| MIGUEL VALENTINE | Case Number: 8:99-cr-156-T-23MSS<br>USM Number: 38367-018 |
| | Defendant's Attorney: Maria Guzman, fpd |

The defendant admits committing, and is adjudged guilty of committing, the violations charged in numbered paragraphs one through nine of the March 12, 2007, petition (Doc. 153).

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| One | Submission of untruthful monthly reports | 01/31/07 |
| Two | Failure to answer truthfully | 12/27/06 |
| Three | Failure to work regularly at lawful occupation | 04/06/07 |
| Four | Failure to notify re change of residence | 04/06/07 |
| Five | Positive urinalysis | 01/10/07 |
| Six | Positive urinalysis | 02/08/07 |
| Seven | Failure to submit to urinalysis | 03/05/07 |
| Eight | Association with convicted felon | 02/26/07 |
| Nine | Failure to participate in drug aftercare | 03/07/07 |

The defendant is sentenced as provided on page two of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 in consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission.

The defendant must notify the United States attorney for this district within thirty (30) days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

April 26, 2007
Date of Imposition of Sentence

*[signature]*
Steven D. Merryday
UNITED STATES DISTRICT JUDGE

April 27th, 2007
Date

| | |
|---|---|
| DEFENDANT: MIGUEL VALENTINE | Judgment - Page 2 of 2 |
| CASE NUMBER: 8:99-cr-156-T-23MSS | |

## IMPRISONMENT

The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **NINE (9) MONTHS**.

__X__ The court makes the following recommendations to the Bureau of Prisons: **incarceration at FPC Montgomery, Alabama**

__X__ The defendant is remanded to the custody of the United States Marshal.

___ The defendant shall surrender to the United States Marshal for this district:

    ___ at _____ a.m. p.m. on _____.

    ___ as notified by the United States Marshal.

___ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ___ before 2 p.m. on _____.

    ___ as notified by the United States Marshal.

    ___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

 

                        UNITED STATES MARSHAL

By                                         
                        DEPUTY UNITED STATES MARSHAL